NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REFUGIO ARTURO SIAS,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7070

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-2053, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

This court dismissed the above-captioned appeal on July 21, 2014, for failure to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules. Refugio Arturo Sias moves to reopen this appeal, and he has attached his informal brief. Mr. Sias's brief, however, does not comply with the rules of this court.

2                                    SIAS v. MCDONALD

Accordingly,

IT IS ORDERED THAT:

(1) If Mr. Sias submits his informal brief on Form 13 within 30 days of the date of filing of this order, the mandate will be recalled, this court's July 21, 2014, dismissal order will be vacated, and this appeal will be re-opened.

(2) The clerk's office is directed to send Form 13 and the Guide for Pro Se Petitioners and Appellants to Mr. Sias.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30